# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:              | CHAPTER # 7         |
|---------------------|---------------------|
| TRACY L. GILMORE    | CASE NO. 08-21255   |
| Debtor.             |                     |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**        **CHECK AMOUNT**
Source Solutions                            $214.16
Dr. Mark Geddes DMD
PO Box 1589
Layton, UT 84041

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$214.16** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 22nd day of January, 2010.

_____/s/_____
Steven R. Bailey, Trustee

